443 A.2d 384

Commonwealth v. Nonnemacher, Appellant.

Submitted February 2, 1981. Edward C. McCardle, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed on the comprehensive opinion of Judge Backenstoe of the court below.